■ In the Matter of the Claim of Alexandra E. Simons, Respondent. Mobile Diagnostic Testing Services Inc., Appellant; Commissioner of Labor, Respondent. [1 NYS3d 873]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 16, 2013, which ruled that claimant was entitled to receive unemployment insurance benefits.

Decision affirmed. No opinion.

McCarthy, J.P., Egan Jr., Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.